UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNEL KUMAR HULIKERE SHIVAPRAKASH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, )<br>)<br>Defendant. ) | Civil Action No. 1:20-cv-02934-BAH |

## JOINT STATUS REPORT

Plaintiff Sunel Kumar Hulikere Shivaprakash and Defendant U.S. Citizenship and Immigration Services (collectively, "parties"), by and through the undersigned counsel, respectfully submit this status report pursuant to the Court's June 24, 2021 Minute Order. The Court directed the parties to submit a joint status report apprising the Court of the status of U.S. Citizenship and Immigration Services' processing of Plaintiff's Form I-140, Alien Worker Petition.

On May 14, 2021, USCIS issued to Plaintiff and Orionsoft, Inc. ("the I-140 petitioner") a Notice of Intent to Revoke ("NOIR"). Plaintiff's and the I-140 petitioner's response to the NOIR is due on or before August 15, 2021. *See* USCIS, NOIR (May 14, 2021) (allowing for 30 days to respond); 8 C.F.R. § 103.8(b) (adding 3 days to the period to respond); USICS, *USCIS Extends Flexibility for Responding to Agency Requests* (allowing for 60 additional days to the period to respond).[1] As of the date of this status report, Plaintiff nor the I-140 petitioner has responded to the NOIR.

---

[1] https://www.uscis.gov/news/alerts/uscis-extends-flexibility-for-responding-to-agency-requests-5 (last accessed July 6, 2021).

| | |
|---|---|
| Dated: July 6, 2021 | Respectfully submitted, |
| /s/ Michael E. Piston<br>MICHAEL E. PISTON<br>Piston & Carpenter, P.C.<br>225 Broadway<br>Suite 307<br>New York, NY 10007<br>Telephone: (646) 845-9895<br>Email: michaelpiston4@gmail.com<br><br>*Counsel for Plaintiff* | CHANNING D. PHILLIPS<br>D.C. Bar No. 415793<br>Acting United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>/s/ Joseph F. Carilli, Jr.<br>JOSEPH F. CARILLI, JR.<br>N.H. Bar No. 15311<br>Assistant United States Attorney<br>Civil Division<br>U.S. Attorney's Office<br>  for the District of Columbia<br>555 4th St. N.W.<br>Washington, D.C. 20530<br>Telephone: (202) 252-2561<br>E-mail: joseph.carilli@usdoj.gov<br><br>*Counsel for Defendant* |